# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

HIGH FREQUENCY TRADING
SYSTEMS LLC,

    Plaintiff,

v.

LIQUIDNET, INC.,

    Defendant.

No. 2:16-cv-13077

Honorable Denise Page Hood

## STIPULATED ORDER OF DISMISSAL

The Court being otherwise fully informed and advised in the premises and upon the below stipulation of the parties:

IT IS HEREBY ORDERED that the above case be dismissed, with prejudice and without costs to either party.

Dated: March 6, 2017

s/Denise Page Hood
Chief Judge, U.S. District Court

SO STIPULATED:

*/s/ Eric A. Bean*
Eric A. Bean
Attorney for Plaintiff

*/s/ Joseph Micallef*
Joseph Micallef
Attorney for Defendant